# EXHIBIT B

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY CIVIL DIVISION

CASE NO.: CACE 18-018611

GREGORY LIGHT,

JURY TRIAL DEMANDED

   Plaintiff,

vs.

SETERUS, INC.

   Defendant.
_____/

**WAIVER OF SERVICE OF PROCESS**

TO:   ANTHONY GONZALEZ, ESQ.
      ATTORNEY FOR GREGORY LIGHT
      LIGHT & GONZALEZ, PLLC
      150 S. PINE ISLAND RD. #300
      PLANTATION, FL 33324

   I acknowledge receipt of your request that I waive service of process in the lawsuit of GREGORY LIGHT v. SETURUS, INC. in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Civil Division. I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

   If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:

   (describe relationship to person or entity and authority to accept service)

   Counsel for Defendant, Seterus, Inc.

_____

_____

_____

_____

_____

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons. I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED on ___Sep___, ___26___, 2018

_____
SETERUS, INC. or SETERUS, INC.'s Representative